*Oakland Circuit.*

## FRANK B. GALBRAITH

vs.

## LAFAYETTE BOSTWICK.

*Declaration—Service—Statute of Limitations.*

A suit commenced by declaration is not commenced so as to bar a claim accruing more than six years before the service of the declaration.

On May 19, 1880, the declaration was filed, and the rule to plead entered as commencement of suit. The declaration was delivered to the sheriff on the same day. The same was personally served June 1, 1880.

The declaration was in assumpsit on a judgment rendered by a justice of the peace, against Bostwick and in favor of Galbraith, in the sum of $106.50 damages, on May 20, 1874.

On June 21, 1880, the plea of the general issue was filed and served with a notice annexed that the action did not accrue within six years before the service of the declaration.

The Court, GASKILL, J., rendered a judgment for nonsuit against plaintiff, with costs, holding that a suit commenced by declaration would not bar the plea of the Statute of Limitation until the declaration was served. That the filing of the declaration, entry of the rule to plead, and the service of the declaration and notice of the rule, were all prerequisites to the commencement of the action.

(Dec. 22, 1882.)

*Baldwin & Draper* for Plaintiff.

*Robbins, Davis & Davis* for Defendant.